UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY BONADIES,

        Plaintiff,

v.

TOWN OF AMENIA; MICHAEL C. SEGELKEN, in his personal and professional capacities; and VICTORIA PEROTTI, in her personal and professional capacities,

        Defendants.
------------------------------------------------------------x



**ORDER**

19 CV 10890 (VB)

On January 30, 2020, defendants filed a motion to dismiss the complaint. (Doc. #13).

By Order dated January 31, 2020, the Court instructed plaintiff, who is represented by counsel, to notify the Court, by no later than February 10, 2020, whether he will (i) file an amended complaint or (ii) rely on the complaint that is the subject of defendants' motion. (Doc. #16). The January 31 Order noted that if plaintiff chose to rely on the current complaint, the parties' time to file opposing and reply papers will be governed by the Federal Rules of Civil Procedure and the Local Civil Rules. (Id.)

By letter dated February 10, 2020, plaintiff informed the Court that will rely on the current complaint. (Doc. #17). Accordingly, plaintiff had until February 13, 2020, to oppose defendants' motion. See Local Civil Rule 6.1(b). By Order dated February 10, 2020, the Court reminded plaintiff of this deadline. (Doc. #18).

To date, plaintiff has not filed an opposition to defendants' motion.

The Court sua sponte extends to March 5, 2020, plaintiff's time to oppose the motion to dismiss. **If plaintiff fails to oppose the motion by March 5, 2020, the motion will be considered fully submitted and unopposed.**

If plaintiff opposes the motion, defendants' reply, if any, shall be due March 12, 2020.

Dated: February 20, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge