**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANTHONY BONADIES,

                      Plaintiff,

-against-                                        19 **CIVIL** 10890 (VB)

**JUDGMENT**

TOWN OF AMENIA; MICHAEL C. SEGELKEN, in his personal and professional capacities; and VICTORIA PEROTTI, in her personal and professional capacities,

                      Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2020, the motion to dismiss is granted; having dismissed the federal claims over which it has original jurisdiction, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims; accordingly, this case is closed.

**Dated:**  New York, New York
             August 31, 2020

                                                                **RUBY J. KRAJICK**
                                                                _____
                                                                   **Clerk of Court**
                                          **BY:**
                                                                   **Deputy Clerk**